Case #2

2:25-cv-02161-CSB-EIL   #1   Filed: 05/30/25   Page 1 of 2

25-2161

E-FILED
Monday, 02 June, 2025 12:46:22 PM
Clerk, U.S. District Court, ILCD

To whom this may concern,　　　　　　　　　　May 22, 2025

    I'm writing to you on my own matter. I'm requesting that my State case be brought forth in front of a Fedaral Judge. The evidence will show that I didn't do the crime. There was <u>No</u> GSR on me and there was no finger print's on the firearm belonging to me. I have brought all my evidence to the State and they see the true fact's in this matter. The State Attorney Jesse Paul Danley at on time in 2017 was my Attorney in that case. I have also brought that up to every Judge and the veto my statement of there is a conflict of entress in this matte. I'm requesting that My state case be brought to the ferderal court.

FILED
MAY 30 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Sincerly,
Mr. James Farris

Mr. James Farris.

